# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM ANDREW PREUSS, <br><br> Defendant. | CR-14-73-GF-BMM <br><br><br> **ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on January 13, 2020. (Doc. 49.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on January 9, 2020. (Doc. 47.) The United States accused Preuss of violating his conditions of supervised release by using methamphetamine on four separate occasions. (Doc. 45.)

At the revocation hearing, Preuss admitted to using methamphetamine on four separate occasions. Judge Johnston found that Preuss' violations warrant revocation, and recommended that Preuss be incarcerated for 2 months with 46 months of supervised release to follow with the first 60 days of supervised release at a secure inpatient drug treatment facility. (Doc. 49 at 4.) Preuss waived his right to allocute before the undersigned and the 14 day right to appeal. (Doc. 47.)

The violations prove serious and warrant revocation of Preuss' supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 49) are **ADOPTED IN FULL.**

**IT IS FURTHER ORDERED** that Defendant William Andrew Preuss be incarcerated for a term of 2 months, with 46 months of supervised release to follow with the first 60 days of supervised release at a secure drug abuse treatment facility.

DATED this 14th day of January, 2020.

_____
Brian Morris
United States District Court Judge